**DISMISS and Opinion Filed April 18, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-01682-CV**

**MARY L. CATHCART, Appellant**
**V.**
**WELLS FARGO BANK, N.A., Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-00007-E**

**MEMORANDUM OPINION**

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

Before the Court is appellee's March 27, 2013 motion to dismiss. Appellee contends the appeal should be dismissed for want of prosecution. Appellant did not file a response to the motion.

By letter dated February 12, 2013, the Court informed appellant that her brief was past due. We instructed appellant to file her brief along with an extension motion within ten days. We cautioned appellant that failure to file her brief with an extension motion within the time specified would result in dismissal of her appeal without further notice. As of today's date, appellant has not filed a brief. Accordingly, we grant appellee's motion and dismiss the appeal. *See* Tex. R. App. P. 38.8(a)(1) & 42.3(c).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

121682F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MARY L. CATHCART, Appellant

No. 05-12-01682-CV          V.

WELLS FARGO BANK, N.A., Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-12-00007-E.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, WELLS FARGO BANK, N.A., recover its costs of this appeal from appellant, MARY L. CATHCART.

Judgment entered April 18, 2013.

/Carolyn Wright/

CAROLYN WRIGHT
CHIEF JUSTICE